**MINUTE ENTRY**
**KNOWLES, M.J.**
**JULY 30, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICKY JACOBS** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 08-1392** |
| **OSCAR JORDAN,** | **SECTION "F" (3)** |
| **N. O. VA. Substance Abuse Counselor** | |

On this date, the matter of Defendant's Motion for More Definite Statement #11 came on for oral hearing before the under signed Magistrate Judge. Counsel for the Government, AUSA Sandra Guttierez, appeared before the Court pursuant to this Court's order. Plaintiff filed no memorandum in opposition to the pending motion and failed to comply with this Court's order to appear for the scheduled hearing. Because the plaintiff's allegations fail to state a cognizable claim against the defendant, fail to state a violation of constitutional law and further fail to indicate whether the defendant is sued in his individual or official capacity, defendant's motion has merit. In addition, plaintiff's allegations fail to meet the "heightened pleading standard" applicable to plaintiff's purported §1983 claim. Accordingly and pursuant to the hearing, the Court issued the following order, to wit:

**IT IS ORDERED** that the Defendant's Rule 12e Motion for More Definite Statement [Rec. Doc. No. 11] is GRANTED in that, **on or before August 13, 2008**, plaintiff shall provide a more definite statement, to wit: (1) identifying all rights allegedly violated; (2) specifically identifying the conduct that the defendant allegedly engaged in which violated his rights; and (3) indicating whether the defendant is sued in his individual or official capacity. Plaintiff is further advised that the failure to comply with this order and to do so within the time allotted may constitute cause for dismissal of the plaintiff's entire case for failure to prosecute or failure to state a claim, *inter alia*.

MJSTAR(00:05)

**DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE**